IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENNIS P. MURPHY, as Personal
Representative of the Estate of
RAYMOND FRANCISCO, Deceased,
   *Plaintiff,*

v.     No. 1:20-cv-00192-KG-LF

NAVAJO EXPRESS, INC.,
GAIL MARY ROLAND, and
LOVE'S TRAVEL STOPS &
COUNTRY FOOD STORES, INC.
   *Defendants.*

## ORDER GRANTING CARSON R. RUNGE'S SWORN MOTION TO APPEAR PRO HAC VICE

THE COURT, having reviewed the Carson R. Runge's Sworn Motion to Appear *Pro Hac Vice,* and having been fully-advised of the premises therein, hereby ORDERS that Carson R. Runge of the law firm of SLOAN, HATCHER, PERRY, RUNGE, ROBERTSON, SMITH & JONES is hereby admitted to practice with associated attorney John D. Sloan, Jr., both of the law firm of SLOAN, HATCHER, PERRY, RUNGE, ROBERTSON, SMITH & JONES, in the above-entitled and numbered civil action.

_____
UNITED STATES DISTRICT JUDGE