IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS P. MURPHY, as Personal
Representative of the Estate of
RAYMOND FRANCISCO, Deceased,

    Plaintiff,

v.

NAVAJO EXPRESS, INC.;
GAIL MARY ROLAND; and
LOVE'S TRAVEL STOPS &
COUNTRY FOOD STORES, INC.,

    Defendants.

CAUSE NO. 1:20-CV-00192-KG-LF

## PARTIAL ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that Plaintiff, DENNIS P. MURPHY, as Personal Representative of the Estate of RAYMOND FRANCISCO, Deceased, and Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., have settled all claims and causes of action against each other in the above-referenced and numbered cause, is accordingly:

ORDERED, ADJUDGED, AND DECREED that Plaintiff's causes of action against LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. are dismissed with prejudice with each party to bear its own costs.

Nothing herein shall be construed to dismiss the claims against the remaining Defendants NAVAJO EXPRESS, INC. and GAIL MARY ROLAND which claims shall remain pending.

_____
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

/s/ John Sloan
JOHN SLOAN
Attorney for Plaintiff

/s/ Eric M. Brittain
ERIC M. BRITTAIN
Attorney for Defendant LOVE'S