IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENNIS P. MURPHY, as Personal
Representative of the Estate of
RAYMOND FRANCISCO, Deceased,

    *Plaintiff,*

v.                                            No. 1:20-cv-00192-KG-LF

NAVAJO EXPRESS, INC.,
GAIL MARY ROLAND, and
LOVE'S TRAVEL STOPS &
COUNTRY FOOD STORES, INC.

    *Defendants.*

## ORDER GRANTING PLAINTIFF'S
## UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE

THE COURT, having reviewed the Plaintiff's Unopposed Motion to Extend Response Deadline, the Court having reviewed the pleadings herein and noting that Defendants do not oppose this Motion, finds the Motion well-taken and hereby ORDERS that Plaintiff's deadline to respond to Defendants pretrial motions in the above-entitled and numbered civil action be extended from October 29, 2021 to November 12, 2021.

                                                              UNITED STATES DISTRICT JUDGE

**SLOAN, HATCHER, PERRY, RUNGE,
ROBERTSON & SMITH**

*/s/Francheska M. Bardacke*
John D. Sloan, Jr.
New Mexico Bar No. 147475
jsloan@sloanfirm.com
Francheska M. Bardacke
New Mexico Bar No. 143965
fbardacke@sloanfirm.com
509 Roma Ave. NW
Albuquerque, NM 87102
T: (903) 757-7000
F: (903) 757-7574

*Attorneys for Plaintiff*

**YLAW, P.C.**

Electronically approved by:
*/s/ S. Carolyn Ramos*
S. Carolyn Ramos
Brett C. Eaton
4908 Alameda Blvd. N.E.
Albuquerque, NM 87113
(505) 266-3995
(505) 268-6694 (fax)
cramos@ylawfirm.com
beaton@ylawfirm.com
*Attorneys for Defendants Navajo Express, Inc. and Gail Roland*